1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| Dairyland Insurance Company, | Case No.: 2:13-cv-01958-JAD-NJK |
| Plaintiff, | |
| vs. | **Order Denying Motions Mooted by Filing of Amended Complaint [#13, 14]** |
| Chanel Fritchley; Susan Davis as Representative of the Estate of William Smith; Thomas Robinson; Ann David and Cecil David as heirs of decedent Ivan David; and Natalia Yeke, as Special Administrator of the Estate of Ivan David, | |
| Defendants | |

11
12
13
14
15
16
17
18
19
20

In this insurance coverage action, Defendants Chanel Fritchley, Ann David, Cecil David, and

21

Natalia Yeke filed motions to dismiss Plaintiff's Second Amended Complaint.  *See* Docs. 13, 14.

22

Dairyland Insurance then filed a Third Amended Complaint, Doc. 20, superseding the Second

23

Amended Complaint and mooting the pending motions to dismiss.  *Lacey v. Maricopa Cnty.*, 693

24

F.3d 896, 927 (9th Cir. 2012) ("An amended complaint supercedes the original complaint and

25

renders it without legal effect.").  Indeed, these defendants acknowledge the mooting effect of this

26

amendment because they filed new motions to dismiss the Third Amended Complaint.  *See* Docs 25,

27

26.

28

1    Accordingly, **IT IS HEREBY ORDERED that** Defendants' Motions to Dismiss **[Docs. 13,**

2  **14] are DENIED** as moot.

3    DATED: April 3, 2014.

4

5  _____
   JENNIFER A. DORSEY

6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28