THEODORE J. KURTZ
Nevada Bar No. 1344
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:       702.228.7717
Facsimile:       702.228.8824
Email:           tkurtz@selmanbreitman.com


Attorneys for Plaintiff
DAIRYLAND INSURANCE COMPANY

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DAIRYLAND INSURANCE COMPANY, | Case No.   2:13-cv-01958-JAD-NJK |
| Plaintiff, | |
| v. | **LIMITED STIPULATION AND ORDER FOR THE DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CHANEL FRITCHLEY** |
| CHANEL FRITCHLEY; SUSAN DAVIS, as Representative of the ESTATE OF WILLIAM SMITH; THOMAS ROBINSON; ANN DAVID AND CECIL DAVID, as heirs of decedent IVAN DAVID; and NATALIA YEKE, as Special Administrator of the ESTATE OF IVAN DAVID | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between

Theodore J. Kurtz of Selman Breitman LLP, counsel for the

plaintiff Dairyland Insurance Company and Dennis Prince of Prince

& Keating, counsel for the defendant Chanel Fritchley, that the

plaintiff's complaint, only as it pertains to defendant

Chanel Fritchley, may be dismissed with prejudice with each party

to pay their own attorneys' fees and costs.

The plaintiff's complaint against the remaining defendants

1

92122.1 138.35363

remains for continued litigation.

DATED: July 17, 2014          SELMAN BREITMAN LLP

By: _____
THEODORE J. KURTZ
Nevada Bar No. 1344
3993 Howard Hughes Parkway, #200
Las Vegas, NV 89169-0961
Attorneys for Plaintiff
Dairyland Insurance Company

DATED: July 15, 2014          PRINCE & KEATING

By: _____
DENNIS M. PRINCE
Nevada Bar No. 5092
3230 S. Buffalo Drive, Suite 108
Las Vegas, NV 89117
Attorneys for Defendant CHANEL
FRITCHLEY

**ORDER**

**IT IS HEREBY ORDERED** that all claims against defendant Chanel Fritchley are DISMISSED with prejudice, each side to bear its own fees and costs.

Dated:  July 21, 2014.

_____
UNITED STATES DISTRICT JUDGE

92122.1 138.35363