# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Dairyland Insurance Company,<br><br>      Plaintiff,<br><br>v.<br><br>Susan Davis, *et al.,*<br><br>      Defendant. | Case No. 2:13-cv-01958-RFB-NJK<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

   Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant **Thomas Robinson** according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

   **IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendant **Thomas Robinson**.

   DATED this 6th day of April, 2015.

                            _____
                            **RICHARD F. BOULWARE, II**
                            **United States District Judge**